AO 442 (Rev 01/09) Arrest Warrant

# UNITED STATES DISTRICT COURT

U.S. MARSHAL-DC AM9:03
RECEIVED APR 10 '24

for the

District of Columbia

United States of America

v.

TRE ENRIQUE JACKSON

*Defendant*

Case: 1:24-cr-00173
Assigned To : Judge Ana C. Reyes
Assign. Date : 4/9/2024
Description: Indictment (B)

## ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*     TRE ENRIQUE JACKSON
who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment     ☐ Superseding Indictment     ☐ Information     ☐ Superseding Information     ☐ Complaint
☐ Probation Violation Petition     ☐ Supervised Release Violation Petition     ☐ Violation Notice     ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. § 922(g)(1) - Unlawful Possession of Ammunition by a Person Convicted of a Crime Punishable by Imprisonment for a Term Exceeding One Year

D.C. Code § 22-4503(a)(1), (b)(1) - Unlawful Possession of a Firearm (Prior Conviction)

Date:   04/09/2024

*Issuing officer's signature*

City and state:     Washington, DC

Zia M. Faruqui, U.S. Magistrate Judge
*Printed name and title*

| Return | |
|---|---|
| This warrant was received on *(date)* 4/9/24 at *(city and state)* Baltimore, MD. | , and the person was arrested on *(date)* 5/22/24 |
| Date: 5/22/24 | *Arresting officer's signature* |
| | DCSM Lasde Davis |
| | *Printed name and title* |